IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3126 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| VITALY PETROV REVENKOV, | ) | |
| | ) | |
| Defendant. | ) | |

After admonishing the defendant, and with his agreement assurance that he will comply,

IT IS ORDERED that the conditions of pretrial release are modified and clarified as follows:

1) The defendant shall avoid all contact, directly or indirectly, with any persons, who are or who may be involved with the subject investigation or prosecution as a victim, potential witness, juror, or otherwise, including but not limited to: Ryan Wilson and/or any member of Ryan Wilson's family. If any such contacts are made, even inadvertently, the defendant shall <u>immediately</u> report the contact to Pretrial Services.

2) The defendant shall <u>immediately</u> report to Pretrial Services any contacts he may have with law enforcement.

DATED this 3rd day of January, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge